IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
KIMBERLY MONIQUE COUCH,     )
                            )
    Plaintiff,              )
                            )   CIVIL ACTION NO.
    v.                      )   2:13cv434-MHT
                            )        (WO)
MONTGOMERY CITY POLICE      )
DEPARTMENT, et al.,         )
                            )
    Defendants.             )
```

OPINION

Plaintiff filed this lawsuit asserting "violation[] of her civil rights."  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 20th day of November, 2013.

                               /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE